UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOHN BLAIR

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 5797

Defendant __John Blair__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _x_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**John Blair**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Amy Gallicchio**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**07/01/2020**
Date

_Katharine H. Parker_
U.S. District Judge/U.S. Magistrate Judge